UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR98-MU |
|---|---|---|
| v. | ) ) ) | ORDER |
| ANTONIO REEVES | ) ) ) ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Motion for a Downward Departure in the case numbered above; and,

IT APPEARING to the court that said the reasons for sealing the Motion for a Downward Departure no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Motion for a Downward Departure in the above-numbered case be unsealed.

**SO ORDERED**.

Signed: November 14, 2006

Carl Horn, III
United States Magistrate Judge